**FILED**

October 30, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA  ᴄᴧ

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:19-mj-00179-DB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| MALIA L. ADAMS, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, MALIA L. ADAMS, Case No.

2:19-mj-00179-DB from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

 _X_    Release on Personal Recognizance

 ___    Bail Posted in the Sum of: $

     ___    Co-Signed Unsecured Appearance Bond

     _X_    Conditions as stated on the record.

     _X_    (Other) The Defendant is ordered to appear in the District of Columbia no

           later than 11/6/2019 at 2:00 p.m.

     _X_    (Other) The Defendant is ordered to appear in the District of Nevada before Magistrate

           Judge Nancy J. Koppe on 11/12/2019 at 2:30 p.m.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/30/2019   at  2:20 p.m.

By  _____

     Edmund F. Brennan
     United States Magistrate Judge